UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the matter of the Arbitration between<br><br>LIGHTWAVE COMMUNICATIONS, LLC<br><br>Petitioner,<br><br>-against-<br><br>VERIZON SERVICES CORP.,<br>VERIZON MARYLAND INC.,<br>VERIZON VIRGINIA INC.,<br>VERIZON SOUTH INC.,<br>and VERIZON WASHINGTON D.C. INC.<br><br>Respondents. | RULE 7.1 STATEMENT<br><br>Civil Action No. _____ |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for LIGHTWAVE COMMUNICATIONS, LLC (a private non-governmental party) certifies that it has no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated: Bethesda, MD
       July 5, 2007

                    Respectfully submitted,

                **Klein Law Group PLLC**

                By: /s/
                      Andrew M. Klein, Esq. (AMK8870)
                      Attorneys for the Petitioner
                      4800 Montgomery Lane, Suite 700
                      Bethesda, MD 20814
                      (301) 664-6330
                      (301) 664-6323 (fax)
                      AKlein@KleinLawPLLC.com

And

Robert J. Kenney (RJK6024)
Theodore Eder (TE3556)
Segal McCambridge Singer & Mahoney, LTD.
Local Counsel for the Petitioner
830 Third Avenue, 4th Floor
New York, NY 10022
(212) 651-7500
(212) 651-7499 (fax)
rkenney@smsm.com