## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2007, in the case Lightwave Communications, LLC v. Verizon Services Corp., et al., I served via Federal Express electronic compact disk copies of the exhibits and record supporting Lightwave's motion for partial confirmation and partial vacatur of arbitration award on:

> Andrew G. McBride, Esq.
> Wiley Rein LLP
> 1776 K Street NW
> Washington, DC 20006
> Attorneys for Respondents
>   Verizon Services Corp.,
>   Verizon Maryland Inc.,
>   Verizon Virginia Inc.,
>   Verizon South Inc., and
>   Verizon Washington D.C. Inc.

Verizon attorneys have asked that these documents be sealed. Therefore, the documents have not yet been filed. The documents will be subject of a motion to file them sealed.

Dated: July 26, 2007

> SEGAL MCCAMBRIDGE SINGER
> & MAHONEY, LTD.
>
> By: _____
> Robert J. Kenney
> 830 Third Avenue, Suite 400
> New York, New York 10022
> (212) 651-7500

## CERTIFICATE OF SERVICE

I hereby certify that in the case Lightwave Communications, LLC v. Verizon Services Corp., et al., on the 20th day of July, 2007, pursuant to agreement, I served via e-mail copies of the Amended Notice of Motion with Affidavit and Memorandum of Law in support of the Motion of Petitioner Lightwave Communications, LLC for Partial Confirmation and Partial Vacatur of Arbitration Award, which service was accepted and confirmed, and that on the 24th day of July, 2007, pursuant to the same agreement, I served via e-mail copies of the Civil Cover Sheet and Individual Practices of United States District Judge Victor Marrero, Southern District of New York, on:

>Andrew G. McBride, Esq.
>Wiley Rein LLP
>1776 K Street NW
>Washington, DC 20006
>Attorney for Respondents
>  Verizon Services Corp.
>  Verizon Maryland Inc.,
>  Verizon Virginia Inc.,
>  Verizon South Inc., and
>  Verizon Washington D.C. Inc.

Dated: July 26, 2007

>KLEIN LAW GROUP, PLLC
>
>By: /s/ Andrew M. Klein
>Andrew M. Klein
>4800 Montgomery Lane, Suite 700
>Bethesda, MD 20814
>(301) 664-6330
>(301) 664-6323 (fax)
>AKlein@KleinLawPLLC.com
>Attorneys for Petitioner
>  Lightwave Communications, LLC