## CERTIFICATE OF SERVICE

I hereby certify that in the case Lightwave Communications, LLC v. Verizon Services Corp., et al., on the 20th day of July, 2007, pursuant to agreement, I served via e-mail copies of the Amended Notice of Motion with Affidavit and Memorandum of Law in support of the Motion of Petitioner Lightwave Communications, LLC for Partial Confirmation and Partial Vacatur of Arbitration Award, which service was accepted and confirmed, and that on the 24th day of July, 2007, pursuant to the same agreement, I served via e-mail copies of the Civil Cover Sheet and Individual Practices of United States District Judge Victor Marrero, Southern District of New York, on:

>Andrew G. McBride, Esq.
>Wiley Rein LLP
>1776 K Street NW
>Washington, DC 20006
>Attorney for Respondents
>  Verizon Services Corp.
>  Verizon Maryland Inc.,
>  Verizon Virginia Inc.,
>  Verizon South Inc., and
>  Verizon Washington D.C. Inc.

Dated: July 26, 2007

>KLEIN LAW GROUP, PLLC
>
>By: *[signature]*
>  Andrew M. Klein
>  4800 Montgomery Lane, Suite 700
>  Bethesda, MD 20814
>  (301) 664-6330
>  (301) 664-6323 (fax)
>  AKlein@KleinLawPLLC.com
>  Attorneys for Petitioner
>    Lightwave Communications, LLC