## CERTIFICATE OF SERVICE

I hereby certify that in the case Lightwave Communications, LLC v. Verizon Services Corp., et al., on the 26th day of July, 2007, pursuant to agreement, I served via e-mail copies of the Summons and filing receipt, on:

>Andrew G. McBride, Esq.
>Wiley Rein LLP
>1776 K Street NW
>Washington, DC 20006
>Attorney for Respondents
>  Verizon Services Corp.
>  Verizon Maryland Inc.,
>  Verizon Virginia Inc.,
>  Verizon South Inc., and
>  Verizon Washington D.C. Inc.

Dated: July 31, 2007

>KLEIN LAW GROUP, PLLC
>
>By: /s/ Andrew M. Klein
>Andrew M. Klein
>4800 Montgomery Lane, Suite 700
>Bethesda, MD 20814
>(301) 664-6330
>(301) 664-6323 (fax)
>AKlein@KleinLawPLLC.com
>Attorneys for Petitioner
>  Lightwave Communications, LLC