UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

VERIZON SERVICES CORP., on behalf of the
Verizon operating companies, specifically Verizon
Virginia Inc., Verizon Maryland Inc., and Verizon
Washington, DC Inc.

*Movant,*

and

LIGHTWAVE COMMUNICATIONS, LLC,

*Respondent.*

NOTICE OF MOTION TO DISMISS

Civil Action No. 07civ6519

The Hon. Jed S. Rakoff

PLEASE TAKE NOTICE that upon the attached Memorandum of Law, Petitioner
Verizon Services Corp. ("Verizon"), by its attorney, Andrew G. McBride, Esq., hereby moves
this Court to dismiss the above-captioned action for lack of subject matter jurisdiction pursuant
to Fed. R. Civ. P. 12(b)(1) or, in the alternative, to exercise its discretion to dismiss this action
under the abstention doctrine set out in *Colorado River Water Conservation District v. United
States*, 424 U.S. 800 (1976), and any and all other additional relief that the Court deems just and
proper.  The Court has set the following briefing schedule:  (1) Verizon to file and serve copies
of its Motion to Dismiss on or before August 2, 2007; (2) Lightwave to file and serve copies of
its response on or before August 16, 2007; (3) Verizon to file and serve its reply on or before
August 23, 2007.  The Court has set a hearing date and time of August 30, 2007 at 2:00 PM.

No prior request for this relief has been made with the Court.

Respectfully submitted,


by:  _/s/ Andrew G. McBride_____
Andrew G. McBride, Esq. (AM1966)
Wiley Rein LLP
1776 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 719-7000
Fax: (202) 719-7049


Dated this 2nd day of August, 2007