UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VERIZON SERVICES CORP., on behalf of the Verizon operating companies, specifically Verizon Virginia Inc., Verizon Maryland Inc., and Verizon Washington, DC Inc.<br>           *Movant,*<br><br>and<br><br>LIGHTWAVE COMMUNICATIONS, LLC,<br>           *Respondent.* | NOTICE OF MOTION TO DISMISS<br><br>Civil Action No. 07civ6519<br><br>The Hon. Jed S. Rakoff |

  PLEASE TAKE NOTICE that upon the attached Memorandum of Law, Petitioner Verizon Services Corp. ("Verizon"), by its attorney, Andrew G. McBride, Esq., hereby moves this Court to dismiss the above-captioned action for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1) or, in the alternative, to exercise its discretion to dismiss this action under the abstention doctrine set out in *Colorado River Water Conservation District v. United States*, 424 U.S. 800 (1976), and any and all other additional relief that the Court deems just and proper.  The Court has set the following briefing schedule:  (1) Verizon to file and serve copies of its Motion to Dismiss on or before August 2, 2007; (2) Lightwave to file and serve copies of its response on or before August 16, 2007; (3) Verizon to file and serve its reply on or before August 23, 2007.  The Court has set a hearing date and time of August 30, 2007 at 2:00 PM.

  No prior request for this relief has been made with the Court.

                                                  Respectfully submitted,

                           by:  /s/ Andrew G. McBride
                               Andrew G. McBride, Esq. (AM1966)
                               Wiley Rein LLP
                               1776 K Street, N.W.
                               Washington, D.C. 20006
                               Tel: (202) 719-7000
                               Fax: (202) 719-7049

Dated this 2nd day of August, 2007