```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- x
LIGHTWAVE COMMUNICATIONS, LLC,      :
                                    :
             Petitioner,            :        07 Civ. 6519 (JSR)
                                    :
             -v-                    :             ORDER
                                    :
VERIZON SERVICES CORP., VERIZON     :
MARYLAND INC., VERIZON VIRGINIA     :
INC., VERIZON SOUTH INC., and       :
VERIZON WASHINGTON D.C. INC.,       :
                                    :
             Respondents.           :
----------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

For the reasons stated from the bench, see transcript, 8/10/07, respondents are hereby enjoined from imposing a service embargo against petitioner and are hereby ordered to dissolve such embargo and effectuate a return to the status quo ante by 8/13/07, and petitioner is hereby ordered to post a bond in the amount of $100,000 by 8/17/07.  This Order shall dissolve automatically if (a) the Circuit Court of Fairfax County, Virginia, issues an order confirming the arbitration award at issue in this action, or (b) plaintiff fails to post the bond by 8/17/07. Otherwise, this Order shall be subject to further review by this Court upon completion of the pending motion practice.

SO ORDERED.

JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
        August 10, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8 13 07