UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIGHTWAVE COMMUNICATIONS, LLC<br><br>Petitioner,<br><br>-against-<br><br>VERIZON SERVICES CORP.,<br>VERIZON MARYLAND INC.,<br>VERIZON VIRGINIA INC.,<br>VERIZON SOUTH INC.,<br>and VERIZON WASHINGTON D.C. INC.<br><br>Respondents. | Civil Action No.:<br><br>Motion Date: August 13, 2007<br><br>Oral Argument Requested |

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

Andrew M. Klein, being duly sworn, deposes and says:

1. I am the Principal of Klein Law Group, PLLC, attorneys for the Petitioner Lightwave Communications, LLC ("Lightwave"), and, as such, I am fully familiar with the facts and circumstances related to the above-captioned matter.

2. I respectfully submit this affidavit in support of the Petitioner's Motion for Partial Confirmation and Partial Vacatur of the Arbitration Award dated April 27, 2007, pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1 *et seq.*

3. A true and correct list of the items awarded to Lightwave in the Arbitration Award dated April 27, 2007, is annexed to this Affidavit as Exhibit A.

4. A true and correct list of the items denied to Verizon in the Arbitration Award, and subsequently conceded by Verizon, is annexed to this Affidavit as Exhibit B.

1

5. A true and correct list of the items awarded to Verizon in the Arbitration Award is annexed to this Affidavit as Exhibit C.

6. A true and correct list of the Accountant's Review of the Arbitration Award and Lightwave/Verizon account balances is annexed to this Affidavit as Exhibit D.

7. True and correct copies of correspondence exchanged between Verizon and Lightwave, and their counsel, are annexed to this Affidavit as Exhibit E.

8. A true and correct copy of the Verizon Filing with the Maryland Public Service Commission, together with the Verizon Threat of Service Termination attached thereto, is annexed to this Affidavit as Exhibit F.

9. A true and correct copy of the Verizon Position Statement on the Late Fee issue in the Arbitration is annexed to this Affidavit as Exhibit G.

10. A true and correct copy of the Record of the Arbitration proceeding is filed together with this Affidavit.

_____
Andrew M. Klein

Sworn to before me
this 17th day of July, 2007

_____
Notary Public

THEODORE M. EDER
Notary Public, State of New York
No. 02ED6116486
Qualified in Bronx County
Commission Expires October 4, 200_

EXHIBITS A – H

FILED AS SEALED

5