Arbitration Disputes Filed Under Interconnection Agreements
Disputes Filed Prior to July 1, 2005

| Item | 2004 ICA Disputes $ | 2005 ICA Disputes $ | Total ICA Disputes $ | VZ Award $ | Verizon Award Attributable to ICA Disputes % |
|---|---|---|---|---|---|
| CABS | 0 | 88,241 | 88,241 | 88,241 | 100% |
| Late Fees | 196,528 | 145,547 | 342,075 | 365,477 | 94% |
| Local Usage | 198,282 | 5,029 | 203,311 | 206,823 | 98% |
| Misc Usage | 270,385 | 95,920 | 366,305 | 90,939 | 100% |
| R2HX1 | 45,825 | 171,522 | 217,347 | 215,188 | 100% |
| RBM | 246,774 | 196,157 | 442,931 | 196,157 | 100% |
| ULY3X | 80,276 | 166,793 | 247,069 | 477,810 | 52% |
| Totals | 1,038,070 | 869,209 | 1,907,279 | 1,640,635 | |
| | | | | Avg | 92% |