684800 003789
CONFIDENTIAL
Verizon Exhibit 0016

Local Usage

Industry Letter for VA Local Usage Issue
http://www.22.verizon.com/wholesale/library/local/industryletters/1_east-wholesale-resources-2004_industry_letters-clecs-12_03b_00.html

Verizon Partner Solutions \ Resource Library \ Industry Letters

# Re: Unbundled Local Switching Rate Changes in VA in expressTrack Billing System



December 3, 2004

**Subject: Unbundled Local Switching Rate Changes in VA in expressTrack Billing System**

The purpose of this notice is to advise you that in accordance with Verizon Virginia's notice concerning UNE Rates for Existing Interconnection Agreements of August 2002, Verizon Virginia has revised its switching rates retroactive to August 1, 2002.

| Usage Element | Product | Billed Rate | New Rate |
|---|---|---|---|
| Unbundled Local Switching - Originating | Analog | 0.0026430 | |
| | ISDN | 0.0019930 | |
| | BRIISDN | 0.0010130 | |
| | PRI | | 0.00 |
| Unbundled Local Switching - Terminating | Analog | 0.0013310 | |
| | ISDN | 0.0020790 | |
| | BRIISDN | 0.0020790 | |
| | PRI | | 0.00 |

In accordance with the FCC Wireline Competition Bureau's order in the Virginia Arbitration, DA 04-181, issued on January 29, 2004, Verizon Virginia also changed the monthly recurring rates for certain unbundled port products as indicated in the table below:

| Product | USOC | Old Rate | New Rate |
|---|---|---|---|
| Analog & OPE | RRM / RBM | 1.30 | 2.83 |
| Centrex | UPXR1 | 1.30 | 2.83 |
| Analog Centrex w/A9 | UPHAZ/ UPHBX UPHAX | 1.30 | 2.83 |
| DOD | UUFR1/ UUFU1 | 3.63 | 5.22 |
| DIOD | UUGR1/ UUGU1 | 3.63 | 5.22 |
| DID | UUDR1/ UUDU1 | 3.63 | 5.22 |

Page 1 of 2

003750

## Industry Letter for VA Local Usage Issue

| Local Usage | | |
|---|---|---|
| ISDN BRI | U2PU1/U2PR1 | 6.52 |
| ISDN Centrex | UQJR1/UQJU1 | 6.52 |
| Remote Call Forwarding | U3FXM/ U3FXJ | 0.00 |
| Call Number Delivery | NSD | 0.00 |
| Anonymous Call Reject | AYW | 0.00 |
| Call Waiting | ESX | 0.00 |
| UNE PAL | U7N | 1.30 |
| UNE COIN | UYC | 1.51 |

Second values column: 5.99, 5.99, 0.47940, 0.00290, 0.01190, 0.00002, 2.83, 3.43

Verizon Virginia has implemented the changes identified above, and the new rates are reflected on bills issued subsequent to October 15, 2004. Adjustments as a result of this change will appear in the OC&C section of bills issued subsequent to November 6, 2004 and can be identified by the phrase "Adjustments due to change in rates" or by the phrase code Z223 on the BOS BDT. If you have questions, please contact your Verizon Account Manager.