# EXHIBIT F

# Arbitration Award

# Filed Separately with Court Pursuant to Instruction Due to Confidentiality Claim