**CERTIFICATE OF SERVICE**

I hereby certify that in the case Lightwave Communications, LLC v. Verizon Services Corp., et al., 07 Civ 6519, on the 17th day of August, 2007, I served a copy of the Memorandum of Law of Lightwave Communications in Opposition to Verizon Motion to Dismiss and supporting Affidavit via email, and via overnight mail with all exhibits, on:

>Andrew G. McBride, Esq.
>Wiley Rein LLP
>1776 K Street NW
>Washington, DC 20006
>Attorney for Respondents
>  Verizon Services Corp.
>  Verizon Maryland Inc.,
>  Verizon Virginia Inc.,
>  Verizon South Inc., and
>  Verizon Washington D.C. Inc.

Dated:  August 17, 2007

>_____/s/_____
>Andrew M. Klein
>KLEIN LAW GROUP PLLC
>4800 Montgomery Lane, Suite 700
>Bethesda, MD 20814
>(301) 664-6330
>(301) 664-6323 (fax)
>AKlein@KleinLawPLLC.com
>Attorneys for Petitioner
>  Lightwave Communications, LLC