UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

LIGHTWAVE COMMUNICATIONS, LLC

Petitioner,

-against-

VERIZON SERVICES CORP.,
VERIZON MARYLAND INC.,
VERIZON VIRGINIA INC.,
VERIZON SOUTH INC.,
and VERIZON WASHINGTON D.C. INC.

Respondents.

Civil Action No.: **07-CIV-6519**

Request for Leave to Change Attorneys

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

Theodore M. Eder, being duly sworn, deposes and says:

1.      I am associated with Segal McCambridge Singer & Mahoney, Ltd.,
attorneys for the Petitioner Lightwave Communications, LLC ("Lightwave"), and, as
such, I am fully familiar with the facts and circumstances related to the above-captioned
matter.  I am an attorney of record for Lightwave in this matter.

2.      I respectfully submit this affidavit under Local Civil Rule 1.4 requesting
that this Honorable Court grant this request to change attorneys and "so order" the
consent-to-change-attorneys form, annexed hereto as Exhibit A.

3.      I currently represent Lightwave along with Robert J. Kenney, another
attorney of record and associate at Segal McCambridge Singer & Mahoney, Ltd.  We are
co-counsel with Andrew Klein, principal of the Klein Law Group PLLC in Washington,
D.C.

4.    Mr. Kenney has taken a position at the law firm Hofheimer Gartlir and Gross, LLP which is located at 530 Fifth Avenue, New York, New York.  He will continue to represent Lightwave from that firm.  Co-counsel Andrew Klein also will continue to represent Lightwave.    Both the undersigned and Segal McCambridge Singer & Mahoney, Ltd. may be removed as attorneys of record.


_____
Theodore M. Eder

Sworn to before me
this 24th day of August, 2007

_____
Notary Public

W. SIMONE NICHOLSON
NOTARY PUBLIC, STATE OF NEW YORK
No. 02-NI6069267
Qualified in New York County
COMMISSION EXPIRES JAN. 28, 20 10