UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-31-07
```

LIGHTWAVE COMMUNICATIONS, LLC

    Petitioner,

-against-

VERIZON SERVICES CORP.,
VERIZON MARYLAND INC.,
VERIZON VIRGINIA INC.,
VERIZON SOUTH INC.,
and VERIZON WASHINGTON D.C. INC.

    Respondents.

Civil Action No.: **07-CIV-6519**

**Consent to Change Attorneys**

    **IT IS HEREBY CONSENTED** that, Hofheimer Gartlir and Gross, LLP be substituted as attorney of record for the Petitioner, Lightwave Communications, LLC, in the above captioned matter in place and stead of Segal McCambridge Singer & Mahoney, Ltd., as of the date of this instrument. Fax signatures may be deemed an original, and this document may be signed in counterpart.

Dated: New York, New York
      August 28, 2007

**OUTGOING COUNSEL**
SEGAL MCCAMBRIDGE
SINGER & MAHONEY, LTD.

By: _____
    Theodore M. Eder (TE3556)
    830 Third Avenue, Suite 400
    New York, New York 10022
    212.651.7500

**PETITIONER**

By: _____
    Mark J. Ricigliano,
    Chief Executive Officer for
    Lightwave Communications, LLC

**INCOMING COUNSEL**
HOFHEIMER GARTLIR
& GROSS, LLP

By: _____
    Robert J. Kenney (RK6204)
    530 Fifth Avenue
    New York, New York 10036
    (212) 818-9000

**SO ORDERED:**

_____
Jed S. Rakoff, U.S.D.J.
8-30-07

STATE OF MARYLAND        )
                         ) ss.:
COUNTY OF BALTIMORE      )

    On this 28th day of August, 2007, before me personally came Mark J. Ricigliano, to me known, who, being by me duly sworn, did depose and say that he resides in Howard County, Maryland, that he is the Chief Executive Officer, Lightwave Communications, LLC, the limited liability corporation described in and that executed the within instrument, and that he is acting pursuant to the power granted by the board of directors of said corporation, and that he signed his name thereto pursuant to like power.

_____
Notary Public

My Commission Expires 08/07/2011

[Notary seal: J LeBRUN JR., NOTARY PUBLIC, Baltimore County, Md.]