```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/07
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LIGHTWAVE COMMUNICATIONS, LLC,
                Petitioner,

-against-

VERIZON SERVICES CORP., VERIZON
MARYLAND INC., VERIZON VIRGINIA INC.,
VERIZON SOUTH INC., and VERIZON
WASHIONGTON D.C. INC.,
                Defendants.
-----------------------------------------------------------X

07 CIVIL 6519 (JSR)

**JUDGMENT**

Defendants having moved to dismiss pursuant to Fed. R. Civ. P. 12(b)(1), and the matter having come before the Honorable Jed S. Rakoff, United States District Judge, and the Court, on August 31, 2007, having rendered its Memorandum Order granting respondents' motion to dismiss this case for lack of subject matter jurisdiction and dismissing the case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated August 31, 2007, respondents' motion to dismiss this case for lack of subject matter jurisdiction is granted and the case is dismissed.

**Dated:** New York, New York
         September 10, 2007

                                            **J. MICHAEL McMAHON**
                                            **Clerk of Court**
                    BY:
                                            **Deputy Clerk**

                                **THIS DOCUMENT WAS ENTERED**
                                **ON THE DOCKET ON** _____