UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Lightwave Communications, Inc.

                    Plaintiff,

    -against-

Verizon Services Corp., et al.

                    Defendant.
-----------------------------------------------------------x

07 CIVIL 6519 (JSR)

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Robert J. Kenney Jr.

[X] *Attorney*

    [X] I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: 2447704

    [ ] I am a Pro Hac Vice attorney

    [ ] I am a Government Agency attorney

[X] *Law Firm/Government Agency Association*

    From: Segal McCambridge Singer & Mahoney, Ltd.

    To: Hofheimer Gartlir & Gross, LLP

    [X] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[X] *Address:* 530 Fifth Avenue

[X] *Telephone Number:* (212) 818-9000

[X] *Fax Number:* (212) 897-6933

[ ] *E-Mail Address:* rKenney@hgg.com

Dated: September 7, 2007