UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIGHTWAVE COMMUNICATIONS, LLC<br><br>Petitioner,<br><br>-against-<br><br>VERIZON SERVICES CORP.,<br>VERIZON MARYLAND INC.,<br>VERIZON VIRGINIA INC.,<br>VERIZON SOUTH INC.,<br>and VERIZON WASHINGTON D.C. INC.<br><br>Respondents. | Civil Action No. 07 Civ. 6519<br><br>The Hon. Jed S. Rakoff<br><br>NOTICE OF APPEAL |



Notice is hereby given that Lightwave Communications, LLC, petitioner in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from an Order granting Respondents' motion to dismiss for lack of subject matter jurisdiction and dismissing the case entered in this action on the 4th day of September, 2007 and the corresponding final judgment granting the same relief that was entered in this action on the 10th day of September, 2007.

Dated:  New York, New York
        September 20, 2007

Andrew M. Klein (AMK 8870)
KLEIN LAW GROUP $^{PLLC}$
4800 Montgomery Lane, Suite 700
Bethesda, MD 20814
(301) 664-6330
(301) 664-6323 (fax)
AKlein@KleinLawPLLC.com

Robert J. Kenney Jr. (RJK 6024)
Hofheimer Gartlir & Gross LLP
530 Fifth Avenue
New York, NY 10036
(212) 818-9000
(212) 897-6933 (fax)
rkenney@hgg.com

Attorneys for the Petitioner
LIGHTWAVE COMMUNICATIONS, LLC