MANDATE

07-CV-6519

SDNY/NYC

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT



FILED JAN 18 2008
Catherine O'Hagan Wolfe, Clerk

LIGHTWAVE COMMUNICATIONS

v.

VERIZON SERVICES CORP.

Docket No. 07-4065-CV

### STIPULATION WITHDRAWING APPEAL

The undersigned hereby stipulate that the above-captioned appeal is hereby withdrawn without costs and without attorneys' fees pursuant to Rule 42 (b) of the Federal Rules of Appellate Procedure.

By: _____
Andrew G. McBride
Wiley Rein, LLP
1776 K Street, NW
Washington, D.C. 20006
(202) 719-7000
(202) 719-7049 (fax)

Attorney For Verizon Respondents

By: _____
Andrew M. Klein (AK 8870)
KLEIN LAW GROUP PLLC
4800 Montgomery Lane, Suite 700
Bethesda, MD 20814
(301) 664-6330
(301) 664-6323 (fax)
AKlein@KleinLawPLLC.com

Attorneys for the Petitioner
LIGHTWAVE COMMUNICATIONS, LLC

SO ORDERED

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By _____
Stanley A. Bass, Staff Counsel

Jan. 18, 2008

CERTIFIED: 1/26/08

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
DEPUTY CLERK